May 10, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

PABLO RION Y ASOCIADOS, S.A. DE C.V., Appellant

NO. 14-15-00611-CV                    V.

DAVID DAUAJARE AND GABRIELA MARTINEZ DE DAUAJARE,
Appellees

_____

This cause, an appeal from the Order on *Forum Non Conveniens* Motion to Dismiss, signed April 7, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the ruling. We order the ruling of the court below **AFFIRMED**.

We order appellant, Pablo Rion y Asociados, S.A. de C.V., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.